Rojas, Plaintiff and Appellant, v. Alejandro et al., Defendants and Appellees.

## District Court of Humacao.

No. 2375.—Decided July 28, 1923.

The judgment dismissing the complaint in intervention was affirmed and the principal complaint of the appellant being that the court refused to grant a continuance moved for because of the illness of the principal witness attempted to be established by a medical certificate, it was held that the continuance was not moved for in accordance with section 202 of the Code of Civil Procedure.

Mr. Justice Hutchison delivered the opinion of the court.

---

Cosío & Primo, Plaintiffs and Appellees, v. New York & Porto Rico Steamship Co., Defendant and Appellant.

## District Court of Ponce.

No. 2707.—Decided November 22, 1923.

Appeal from a judgment against the defendant for the value of 200 barrels of herring, with damages and costs, because it was not shown that the merchandise was delivered upon the arrival of the ship at its destination.

In explanation of the departure of the ship without delivering the merchandise the appellant's brief suggests that the ship was a mail carrier running on a fixed schedule that could not be changed at the convenience of the company.

Held: That as there was no evidence to support that explanation of the matter nor error so manifest as to require a reversal, the judgment should be affirmed.

Mr. Justice Hutchison delivered the opinion of the court.